```
                         3RD DISTRICT COURT
                   SALT LAKE COUNTY, STATE OF UTAH

         MARITZA GONZALEZ et al. vs. STATE FARM MUTUAL INSURANCE CO et al.
CASE NUMBER 200907509 Automobile Tort
```

CURRENT ASSIGNED JUDGE
      LAURA SCOTT

PARTIES
      Plaintiff - MARITZA GONZALEZ
      Represented by: MICHAEL BANKS

      Plaintiff - KARINA GONZALEZ
      Represented by: MICHAEL BANKS

      Plaintiff - SUSANA GONZALEZ
      Represented by: MICHAEL BANKS

      Defendant - STATE FARM MUTUAL INSURANCE CO
      Represented by: CHET NEILSON
      Represented by: PAUL BELNAP
      Represented by: ANDREW WRIGHT

      Defendant - EMILY BERTOLA
      Represented by: JOSEPH JOYCE
      Represented by: JEREMY KNIGHT

ACCOUNT SUMMARY
```
            Total Revenue Amount Due:         625.00
                         Amount Paid:         625.00
                       Amount Credit:           0.00
                             Balance:           0.00
      REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                 Original Amount Due:         375.00
                  Amended Amount Due:         375.00
                         Amount Paid:         375.00
                       Amount Credit:           0.00
                             Balance:           0.00

      REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                 Original Amount Due:         250.00
                  Amended Amount Due:         250.00
                         Amount Paid:         250.00
                       Amount Credit:           0.00
                             Balance:           0.00
```

CASE NOTE

```
PROCEEDINGS
12-07-2020   Filed: Complaint
12-07-2020   Case filed by efiler
12-07-2020   Judge LAURA SCOTT assigned.
12-07-2020   Fee Account created Total Due: 375.00
12-07-2020   Fee Account created
12-07-2020   COMPLAINT - NO AMT S   375.00
12-07-2020   Filed: Return of Electronic Notification
12-16-2020   Filed: AFFIDAVIT OF SERVICE - BERTOLA
12-16-2020   Filed: Return of Electronic Notification
01-04-2021   Filed: Answer and Jury Demand
                Answer Party: STATE FARM MUTUAL INSURANCE CO
01-04-2021   Note: Certificate of Readiness for Trial due 01/17/2022
01-04-2021   Fee Account created Total Due: 250.00
01-04-2021   Fee Account created
01-04-2021   JURY DEMAND - CIVIL   250.00
01-04-2021   Filed: NOTICE OF EVENT DUE DATES
01-04-2021   Filed: Return of Electronic Notification
01-11-2021   Filed: Answer and Reliance Upon the Jury Demand
                Answer Party: EMILY BERTOLA
01-11-2021   Filed: Return of Electronic Notification
01-12-2021   Filed: Affidavit of Service - State Farm Insurance
01-12-2021   Filed: Return of Electronic Notification
01-13-2021   Filed: Notice of Removal
01-13-2021   Filed: Return of Electronic Notification
```